Frank BROWN, Jr. *v.* STATE of Arkansas

638 S.W.2d 263

Supreme Court of Arkansas
Opinion delivered July 12, 1982

*Anthony W. Bartels* and *Jim Burton,* for appellant.

*Steve Clark,* Atty. Gen., by: *Alice Ann Burns,* Asst. Atty. Gen., for appellee.

PER CURIAM. Frank Brown, Jr., by his attorneys, has filed for a rule on the clerk.

His attorneys, Anthony W. Bartels and Jim R. Burton, have attached an affidavit admitting that the record was tendered late due to a mistake on their part.

We find that such an error, admittedly made by the attorneys for a criminal defendant, is good cause to grant the motion. See our Per Curiam opinion dated February 5, 1979, In Re: Belated Appeals in Criminal Cases, 265 Ark. 964.

A copy of this opinion will be forwarded to the Committee on Professional Conduct.